UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Gary Reed and Tom Vevea, as Trustees of the Minnesota Laborers Health and Welfare Fund and Minnesota Laborers Pension Fund; James Brady and Keith Kramer, as Trustees of the Minnesota Laborers Vacation Fund; Gary Reed, as Trustee of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota; and Dan Olson and Chris Born, as Trustees of the Minnesota Laborers Employers Cooperation and Education Trust; and each of their successors,<br><br>        Plaintiffs,<br><br>vs.<br><br>Randy Kramer Excavating, Inc.,<br><br>        Defendant. | Civil File No. 10-4530 PAM/FLN<br><br><br><br>**ORDER FOR ENTRY OF JUDGMENT** |

This matter came before the undersigned on the 24th day of March 2011, upon motion by the Plaintiffs for an Order for Entry of Default. This Court entered an Order on March 24, 2011 (Court Document No. 15) finding that the Plaintiffs were entitled to an Order requiring the Defendant to produce records for audit for the period of January 2008 through the present.

This matter is now before the Court upon Motion by the Plaintiffs for entry of a money judgment, which included affidavits identifying the amounts determined to be due, including an affidavit from Amanda R. Cefalu identifying the amounts incurred for attorney fees and costs relating to this matter. Defendant has been provided ten (10) days notice of this Motion. Therefore,

**IT IS HEREBY ORDERED:**

1. That in accordance with all of the previous filings and this Court's Order dated March 24, 2011, Plaintiff Trustees for the Minnesota Laborers Fringe Benefit Funds shall have judgment against Defendant Randy Kramer Excavating, Inc. in the amount of $22,310.40 for fringe benefit contributions for the audit period of January 2008 through December 2009, in the amount of $7,188.30 for double interest, in the amount of $3,175.82 for attorney fees and costs; for a total judgment in the amount of $32,674.52.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated:  August 1, 2011

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
United States District Court Judge

2