AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Gary Reed and Tom Vevea, as Trustees of the Minnesota Laborers Health and Welfare Fund and Minnesota Laborers Pension Fund; James Brady and Keith Kramer, as Trustees of the Minnesota Laborers Vacation Fund; Gary Reed, as Trustee of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota; and Dan Olson and Chris Born, as Trustees of the Minnesota Laborers Employers Cooperation and Education Trust; and each of their successors,

V.

Randy Kramer Excavating, Inc.,

**JUDGMENT IN A CIVIL CASE**

Case Number: 10-4530 PAM/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

That in accordance with all of the previous filings and this Court's Order dated March 24, 2011, Plaintiff Trustees for the Minnesota Laborers Fringe Benefit Funds shall have judgment against Defendant Randy Kramer Excavating, Inc. in the amount of $22,310.40 for fringe benefit contributions for the audit period of January 2008 through December 2009, in the amount of $7,188.30 for double interest, in the amount of $3,175.82 for attorney fees and costs; for a total judgment in the amount of $32,674.52.

8/3/11
Date

RICHARD D. SLETTEN, CLERK

s/Rena L. Riemer
(By) Rena Lexvold Riemer, Deputy Clerk